UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Steve L. Sabo and Marnie C. Knight,<br><br>Plaintiffs,<br><br>v.<br><br>Select Portfolio Servicing, Inc.; U.S. Bank, National Association, as Owner Trustee for Legacy Mortgage Asset Trust 2021-SL1; and LLG Trustee, LLC,<br><br>Defendants. | Case No. 5:24-CV-00146-D |

### *Rubin* Order of Dismissal

The Court has been advised by counsel that this action has been settled. Therefore, it is **ORDERED** that this action be dismissed without costs and without prejudice. If the settlement is not consummated within 90 days, any party may petition the Court to reopen this action and for other appropriate relief. *See* Fed. R. Civ. P. 60(b)(6). To the extent permitted by law, any party may within 90 days petition the Court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the Court retains jurisdiction to enforce the settlement agreement upon proper motion filed during this 90-day period. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381–82 (1994). All deadlines will be held in abeyance during this 90-day period.

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 90 days from the filing date of this order.

JAMES C. DEVER III
United States District Judge